IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CRAIG K. STATEN,
    Plaintiff,

vs.                                       Case No. 3:10cv108/WS/EMT

DEPARTMENT OF THE NAVY, et al.,
    Defendants.
_____ /

# O R D E R

Plaintiff has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion for leave to proceed in forma pauperis (Docs. 1, 2).

Upon review of the motion to proceed in forma pauperis and attached financial affidavit (the latter having been signed by Plaintiff under penalty of perjury), the undersigned concludes that Plaintiff has failed to provide sufficient information for the court to grant the motion. In the affidavit of financial status, Plaintiff indicates that he owns no real property or automobile and that he has only $135.00 in cash and savings (Doc. 2 at 3). Also, Plaintiff states in his complaint that he is a disabled veteran, but he notes in his affidavit no source of income related to his disability. Despite indicating that he has few assets, Plaintiff reports that his household's monthly income is approximately $2,500.00, with monthly debts totaling approximately $900.00 (*id.*). Based on the information provided by Plaintiff, it appears to the court that he should be able to pay the filing fee in this case of $350.00.

In order to proceed with this case, Plaintiff must either pay the filing fee in full or file a properly completed in forma pauperis application.

Accordingly, it is **ORDERED**:

1.     Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

2. The clerk shall send Plaintiff a motion to proceed in forma pauperis and a financial affidavit approved for use by non-prisoners in the Northern District of Florida.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite affidavit of financial status.

4. Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 13th day of April 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**