IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CRAIG K. STATEN,
    Plaintiff,

vs.                                        Case No. 3:10cv108/WS/EMT

DEPARTMENT OF THE NAVY, et al.,
    Defendants.
_____ /

# **O R D E R**

Plaintiff has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). Presently before the court is Plaintiff's amended motion for leave to proceed in forma pauperis, filed May 11, 2010 (Doc. 7).

Upon review of the motion to proceed in forma pauperis and attached financial affidavit (the latter having been signed by Plaintiff under penalty of perjury), the undersigned concludes that Plaintiff has failed to provide sufficient information for the court to grant the motion. In his prior financial affidavit, Plaintiff did not report the receipt of any income in connection with his status as a disabled veteran. In the current affidavit, while Plaintiff acknowledges receiving a monthly payment from the Veterans Administration, it is unclear whether the amount reported is $102.00 or $202.00. Additionally, although Plaintiff states that he makes a small monthly payment to the Thrift Savings Program to repay a loan, he failed to report his Thrift Savings Program account (including the balance) as an asset. Also, Plaintiff states that as of April 16, 2010, the date he signed the application, he was pursuing unemployment benefits; if Plaintiff is now receiving unemployment benefits he should so inform the court, including the amount.

Additionally, based on Plaintiff's reported income for his household (even without receipt of unemployment benefits), he evidently has either $281.00 or $381.00 each month available in

disposable income. It therefore appears to the court that Plaintiff should be able to pay the filing fee in this case of $350.00.

In order to proceed with this case, Plaintiff must either pay the filing fee in full or file a properly completed in forma pauperis application.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed in forma pauperis (Doc. 7) is **DENIED** without prejudice.

2. The clerk shall send Plaintiff a motion to proceed in forma pauperis and a financial affidavit approved for use by non-prisoners in the Northern District of Florida.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite affidavit of financial status.

4. Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 19th day of May 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**