IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CRAIG K. STATEN,
    Plaintiff,

vs.                                            Case No. 3:10cv108/WS/EMT

DEPARTMENT OF THE NAVY, et al.,
    Defendants.
_____ /

**O R D E R**

Plaintiff, who proceeds pro se, has filed a complaint for judicial review of an adverse administrative decision of the Defendant and an amended or a motion for leave to proceed in forma pauperis (Docs. 1, 9). Previously, the court has twice denied Plaintiff's applications to proceed in forma pauperis (Docs. 5, 8).

In the affidavit of financial status attached to the instant motion, Plaintiff indicates that his wife earns the gross amount of $34,000.00 per year working for the Department of Defense as an administrative assistant, and he presently receives $110.00 per month in Veterans Administration disability benefits (Doc. 9 at 4). Plaintiff lists monthly debts totaling approximately $2,272.00. Based on Plaintiff's stated household income and expenses, the court concludes that leave to proceed in forma pauperis should be denied. Therefore, in order to proceed with this case, Plaintiff must pay the full filing fee of $350.00.

Accordingly, it is **ORDERED**:

1. Plaintiff's amended motion for leave to proceed in forma pauperis (Doc. 9) is **DENIED**. To proceed with this case, Plaintiff shall submit payment of $350.00 to the clerk of this court within **THIRTY (30) DAYS** of the date of docketing of this order.

2. Failure to comply with this order may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 24<u>th</u> day of June 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**