IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CRAIG K. STATEN,
    Plaintiff,

vs.                                                     Case No. 3:10cv108/WS/EMT

DEPARTMENT OF THE NAVY, et al.,
    Defendants.
_____/

**ORDER**

        This cause was referred by the clerk upon Plaintiff's "Statement to Show Cause" (Doc. 12), filed in response to the court's July 30, 2010, order directing Plaintiff to show cause why this action should not be dismissed for his failure to pay the filing fee as directed (Doc. 11). In light of Plaintiff's assertion in his response that he is indigent, the court will allow Plaintiff one final opportunity to demonstrate his eligibility to proceed in forma pauperis. Plaintiff should complete the forms provided to him in their entirety, being sure to include all liabilities, as well as all assets, in order that the court may fairly determine his household's financial status.

        Accordingly, it is **ORDERED**:

        1. The clerk shall send Plaintiff a motion to proceed in forma pauperis, including an affidavit of financial status, which is approved for use by non-prisoners in this District. This case number should be written on the forms.

        2. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall (1) pay the filing fee of $350.00, or (2) submit a fully completed motion to proceed in forma pauperis and affidavit of financial status.

        3. Plaintiff's failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 25<u>th</u> day of August 2010.

>	/s/ *Elizabeth M. Timothy*
>	**ELIZABETH M. TIMOTHY**
>	**UNITED STATES MAGISTRATE JUDGE**