IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CRAIG K. STATEN,
    Plaintiff,

vs.                                        Case No. 3:10cv108/WS/EMT

DEPARTMENT OF THE NAVY, et al.,
    Defendants.
_____ /

**O R D E R**

    Plaintiff, who proceeds pro se, has filed a complaint for judicial review of an adverse administrative decision of the Defendant and an amended motion for leave to proceed in forma pauperis (Docs. 1, 14). Previously, on three occasions, the court has denied Plaintiff's applications to proceed in forma pauperis (Docs. 5, 8, 10).

    In the affidavit of financial status attached to the instant motion, Plaintiff indicates that his wife earns the gross amount of $34,000.00 (or $2,833.00 monthly) per year working for the Department of Defense as an administrative assistant, and he presently receives $120.00 per month in Veterans Administration disability benefits (or $1440.00 yearly). Thus Plaintiff reports a gross household monthly income of $2,953.00 (Doc. 14 at 4). He lists household monthly debts of $2,737.00, including $40.00 for "recreation & welfare" (Doc. 14 at 4).[1] Also among Plaintiff's claimed expenses is a $900.00 monthly mortgage payment; in his application, however, Plaintiff has not identified ownership of any real property as an asset. Plaintiff also lists as expenses "automobile payment," "auto insurance," and "auto fuel/maint.," but he fails to report any automobile as an asset. Additionally, although the court has previously informed Plaintiff that he must identify the amount in his Thrift Savings Account (which Account Plaintiff has advised he possesses) (Doc. 8 at 1), in

---

[1] The court notes that in a previous application, Plaintiff listed his monthly debts as $2,272.00, some $465.00 less than what he currently claims (Doc. 9 at 4).

the instant application he has again failed to do so.

Based on the foregoing assessment, particularly Plaintiff's reported yearly household income of $35,440.00, the court **DENIES** Plaintiff's application for leave to proceed in forma pauperis. In order to proceed with this case, Plaintiff shall pay the full filing fee of $350.00. Absent a showing of good cause, Plaintiff should not submit—and the court will not entertain—yet another application from Plaintiff to proceed in forma pauperis.

Accordingly, it is **ORDERED**:

1. Plaintiff's amended motion for leave to proceed in forma pauperis (Doc. 14) is **DENIED**. To proceed with this case, Plaintiff shall submit payment of $350.00 to the clerk of this court within **THIRTY (30) DAYS** of the date of docketing of this order.

2. Failure to comply with this order will result in a recommendation to the district court that this case be dismissed.

**DONE AND ORDERED** this 30th day of September 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**