IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CRAIG K. STATEN,

        Plaintiff,

v.                              3:10cv108-WS

DEPARTMENT OF THE NAVY,
et al.,

        Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed January 4, 2011. See Doc. 21. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed without prejudice for failure to comply with an order of the court. The plaintiff has filed objections (doc. 22) to the report and recommendation.

Having considered the record in light of the plaintiff's objections, the court finds that the case must be dismissed as recommended by the magistrate judge.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 21) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE for failure to comply with an order of the court.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this   10th   day of    February   , 2011.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE